# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
LISA ANN SMITH  
204 FAIRFIELD AVE  
NEWARK, OH  43055

Case No:    05-57185

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-6328

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  September 23, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| LISA ANN SMITH<br>204 FAIRFIELD AVE<br>NEWARK, OH  43055 | 13.19 |